From: Hal Shurtleff, Camp Constitution <shurtleffhal@aol.com>
To: lisa.lamberti <lisa.lamberti@boston.gov>
Sent: Fri, Jul 28, 2017 12:12 pm
Subject: Flag Raising

Lisa:

I would like to get a permit to raise the Christian Flag on City Hall Plaza. Here are a few potential dates:

Thursday the 7th of September 10:00.--11:00AM  Thursday the 14th of September 10:00 AM-11:00 or Saturday September 23--10:00 AM-11:00 AM

It will be sponsored by Camp Constitution. We will have short speeches by some local clergy focusing on Boston's history.

This is the flag:



Hal Shurtleff
Director, Camp Constitution
12 March Ave.
West Roxbury, MA  02132
857-498-1309
www.campconstitution.net

**EXHIBIT A**