-----Original Message-----
From: Hal Shurtleff, Camp Constitution <shurtleffhal@aol.com>
To: lisa.lamberti <lisa.lamberti@boston.gov>
Sent: Fri, Aug 18, 2017 1:00 pm
Subject: Re: Flag Raising

Lisa:

  Any word?

Hal Shurtleff
Director, Camp Constitution
12 March Ave.
 West Roxbury, MA  02132
 857-498-1309
www.campconstitution.net


-----Original Message-----
From: Hal Shurtleff, Camp Constitution <shurtleffhal@aol.com>
To: lisa.lamberti <lisa.lamberti@boston.gov>
Sent: Tue, Aug 8, 2017 4:26 pm
Subject: Re: Flag Raising

Lisa:

  Okay.  Thank you.

Hal Shurtleff
Director, Camp Constitution
12 March Ave.
 West Roxbury, MA  02132
 857-498-1309
www.campconstitution.net




-----Original Message-----
From: Lisa Lamberti <lisa.lamberti@boston.gov>
To: Hal Shurtleff, Camp Constitution <shurtleffhal@aol.com>
Sent: Tue, Aug 8, 2017 2:54 pm
Subject: Re: Flag Raising

**EXHIBIT B**

Hi :

I am just waiting for the approval from my bosses I just sent them another email.

thanks
lisa

On Tue, Aug 8, 2017 at 2:49 PM, Hal Shurtleff, Camp Constitution <shurtleffhal@aol.com> wrote:
Lisa:

Just following up on the flag raising permit.

Hal Shurtleff
Director, Camp Constitution
12 March Ave.
 West Roxbury, MA  02132
 857-498-1309
www.campconstitution.net

**EXHIBIT B**