-----Original Message-----
From: Hal Shurtleff, Camp Constitution <shurtleffhal@aol.com>
To: lisa.lamberti <lisa.lamberti@boston.gov>
Cc: pfg91 <pfg91@yahoo.com>
Sent: Wed, Sep 6, 2017 9:53 am
Subject: Re: Flag Raising

Lisa:

  Thank you for getting back to me.  What was the official reason for denying us  to raise the Christian  flag?


Hal Shurtleff
Director, Camp Constitution
12 March Ave.
 West Roxbury, MA  02132
 857-498-1309
www.campconstitution.net



-----Original Message-----
From: Lisa Lamberti <lisa.lamberti@boston.gov>
To: Hal Shurtleff, Camp Constitution <shurtleffhal@aol.com>
Sent: Tue, Sep 5, 2017 2:28 pm
Subject: Flag Raising

Hi Mr. Shurtleff:

I was on vacation last week and i just wanted to get back to you.  Your request for the Flag Raising was denied.

thanks
Lisa

**EXHIBIT C**