UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HAROLD SHURTLEFF, and CAMP CONSTITUTION, a public charitable trust, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | No. 1:18-cv-11417-DJC |
| v. | : : | |
| CITY OF BOSTON, and GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department, | : : : : : | |
| Defendants. | : : : | |

## **MOTION FOR ADMISSION *PRO HAC VICE* OF HORATIO G. MIHET**

Pursuant to L.R.D. Mass. 83.5.3, attorney Ryan P. McLane, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, who has filed an appearance in this case on behalf of Plaintiffs, respectfully moves this Court to admit attorney Horatio G. Mihet to appear and practice in this Court in the above-styled case. As set forth in his Declaration, attached hereto as Exhibit A:

(1) Mr. Mihet is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice;

(2) Mr. Mihet is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar;

(3) Mr. Mihet has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under L.R.D. Mass 83.5.3) revoked for misconduct; and

(4) Mr. Mihet has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, having satisfied each of the requirements of L.R.D. Mass. 83.5.3, and for good cause shown, the undersigned counsel respectfully requests that this motion be granted, and that Horatio G. Mihet be permitted to appear and practice in this Court as co-counsel for Plaintiffs in the above-styled case.

    Respectfully submitted,

    /s/ Ryan P. McLane_____
    Ryan P. McLane (Mass. 697464)
    MCLANE & MCLANE
    975A Springfield Street
    PO Box 105
    Feeding Hills, MA 01030
    (413) 789-7771
    ryan@mclanelaw.com

    Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on July 9, 2018. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

    /s/ Ryan P. McLane_____
    Ryan P. McLane
    Attorney for Plaintiffs