UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| HAROLD SHURTLEFF, and CAMP CONSTITUTION, a public charitable trust, | : CIVIL ACTION<br>:<br>: No. 1:18-cv-11417-DJC |
| Plaintiffs, | : |
| v. | : |
| CITY OF BOSTON, and GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department, | : |
| Defendants. | : |

**DECLARATION OF HORATIO G. MIHET
<u>IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*</u>**

I, Horatio G. Mihet, declare as follows:

1. I am the Vice President of Legal Affairs and Chief Litigation Counsel at Liberty Counsel, P.O. Box 540774, Orlando, Florida, 32854. My office telephone number is 407-875-1776, and fax number is 407-875-0770.

2. I am a member of the Florida Bar (Fla. Bar No. 26581), where I was admitted to practice in 2006, and the Ohio Bar (Ohio Bar No. 75518), where I was admitted to practice in 2002. I am also admitted to practice in numerous federal courts, including the Supreme Court of the United States; the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; and the United States District Courts for the Northern, Middle, and Southern Districts of Florida, and the Northern and Southern Districts of Ohio.

**<u>EXHIBIT A</u>**

2

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under L.R.D. Mass 83.5.3) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2018.

/s/ Horatio G. Mihet_____
HORATIO G. MIHET