## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

| | | |
|---|---|---|
| HAROLD SHURTLEFF, and CAMP CONSTITUTION, a public charitable trust, | : | CIVIL ACTION |
| | : | |
| | : | No. 1:18-cv-11417-DJC |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF BOSTON, and GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department, | : | **ORAL ARGUMENT REQUESTED** |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| | |
|---|---|
| Ryan P. McLane (Mass. 697464) | Mathew D. Staver (Fla. 701092)[†] |
| MCLANE & MCLANE | Horatio G. Mihet (Fla. 26581)[†] |
| 975A Springfield Street | Roger K. Gannam (Fla. 240450)[†] |
| PO Box 105 | LIBERTY COUNSEL |
| Feeding Hills, MA 01030 | P.O. Box 540774 |
| (413) 789-7771 | Orlando, FL 32854-0774 |
| ryan@mclanelaw.com | 407-875-1776 |
| | court@lc.org |
| | hmihet@lc.org |
| | rgannam@lc.org |
| | |
| | Attorneys for Plaintiffs |
| | [†]Application to appear *pro hac vice* pending |

Plaintiffs, HAROLD SHURTLEFF, and CAMP CONSTITUTION, a public charitable trust, pursuant to Rule 65, Fed. R. Civ. P., and Local Rule 7.1, and on the grounds stated in the Verified Complaint for Preliminary and Permanent Injunctive Relief, Declaratory Relief, and Damages (ECF 1), and the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction filed simultaneously herewith, move the Court for an order of preliminary injunction enjoining Defendants, CITY OF BOSTON, and GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department, and Defendants' officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them, from violating Plaintiffs' constitutional and statutory rights so that:

(1) Defendants shall not deny a permit to Plaintiffs for use of designated public fora, including the City Hall Flag Poles, for display of "non-secular" flags, including the Christian flag, based on the content or viewpoint of the display;

(2) Defendants shall not deny Plaintiffs the opportunity to have a description of their event on the City Hall Website;

(3) Defendants shall not impose a prior restraint upon Plaintiffs' right to display a "non-secular" flag, including the Christian flag, on designated public fora, including the City Hall Flag Poles;

(4) Defendants' policies, practices, and actions shall not be used in any other manner to infringe upon Plaintiffs' Constitutional rights; and

(5) **Plaintiffs shall be allowed to conduct the Christian flag-raising event that Defendants denied in 2017, at City Hall Plaza and the City Hall Flagpoles, on Constitution Day and Citizenship Day, September 17, 2018, or on such alternative date as close as possible to September 17, 2018, which allows sufficient time for the Court to issue the preliminary injunction, and on which the fora are available based on other previously and properly scheduled uses of the fora.**

Given Plaintiffs' need for the requested preliminary injunctive relief by **September 17, 2018**, time is of the essence. Therefore, Plaintiffs respectfully request expedited briefing, argument, and adjudication of this motion.

### REQUEST FOR ORAL ARGUMENT

Plaintiffs request that the Court grant oral argument on this motion because Plaintiffs believe oral argument will aid the Court in determining the issues presented herein.

Respectfully submitted,

/s/ Ryan P. McLane
Ryan P. McLane (Mass. 697464)
MCLANE & MCLANE
975A Springfield Street
PO Box 105
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com

/s/ Roger K. Gannam
Mathew D. Staver (Fla. 701092)†
Horatio G. Mihet (Fla. 26581)†
Roger K. Gannam (Fla. 240450)†
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854-0774
407-875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org

Attorneys for Plaintiffs
†Application to appear *pro hac vice* pending

### CERTIFICATE OF SERVICE

I hereby certify that on this July 9, 2018, I caused the foregoing to be electronically filed through the Court's ECF system. I further certify that I will cause a true and correct copy of the foregoing, along with the Summons and Verified Complaint (ECF 1), to be served by process server on each of the Defendants.

/s/ Ryan P. McLane
Attorney for Plaintiffs