UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:18-CV-11417-DJC

|  |  |
|---|---|
| HAROLD SHURTLEFF, and <br> CAMP CONSTITUTION, a public charitable trust, <br><br> Plaintiffs, <br> v. <br><br> CITY OF BOSTON and GREGORY T. ROONEY, <br> in his official capacity as Commissioner of the City <br> of the Boston Property Management Department, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-REFERENCED COURT:**

Please enter the appearance of David J. Zuares as attorney for the Defendants City of Boston and Gregory T. Rooney, in his official capacity as Commissioner of the City of Boston Property Management Department, in the above-captioned case.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON and GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department,

By their attorneys:

Eugene L. O'Flaherty
Corporation Counsel


/s/David J. Zuares
David J. Zuares (BBO# 681996)
Assistant Corporation Counsel
Catherine Lizotte (BBO# 666468)
Senior Assistant Corporation Counsel

|  |  |
|---|---|
|  | City of Boston Law Department |
|  | City Hall, Room 615 |
|  | Boston, MA 02201 |
|  | (617) 635-4048 (Zuares) |
|  | (617) 635-3215 (Lizotte) |
|  | david.zuares@boston.gov |
| Dated: June 20, 2018 | catherine.lizotte@boston.gov |

### **CERTIFICATE OF SERVICE**

     I, David J. Zuares, hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.


Dated: June 20, 2018                    /s/David J. Zuares
                                        David J. Zuares