Civil Action No.: **1:18−CV−11417−DJC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Mayor Martin J. Walsh, City of Boston
was received by me on (date) 7/10/18.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Alex Geouratas, Asst. City Clerk who is
designated by law to accept service of process on behalf of (name of organization) City
of Boston, Massachusetts _____ on (date) 7/17/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ 50.00 for travel and $ _____ for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

7/17/18
Date

Server's Signature

Merrill Smallwood, Process Server.
Printed name and title

71 Commercial St 102 Boston, MA 02109
Server's Address

Additional information regarding attempted service, etc:
Service address: 1 City Hall Square, Boston, MA 02201
Summons, Complaint, Civil Case Cover Sheet, Motions and exhibits.
Per clerk, service must be made in the Boston City Clerks office.