# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | | |
|---|---|---|
| HAROLD SHURTLEFF, and CAMP CONSTITUTION, a public charitable trust, | : | CIVIL ACTION |
| | : | |
| | : | No. 1:18-cv-11417-DJC |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF BOSTON, and GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department, | : | **ORAL ARGUMENT REQUESTED** |
| | : | |
| Defendants. | : | |
| | : | |

## PLAINTIFFS' NOTICE OF DEFENDANTS' DEFAULT

Ryan P. McLane (Mass. 697464)
MCLANE & MCLANE
975A Springfield Street
PO Box 105
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com

Mathew D. Staver (Fla. 701092)[†]
Horatio G. Mihet (Fla. 26581)[†]
Roger K. Gannam (Fla. 240450)[†]
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854-0774
407-875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org

Attorneys for Plaintiffs
[†]Application to appear *pro hac vice* pending

Plaintiffs, HAROLD SHURTLEFF, and CAMP CONSTITUTION, a public charitable trust, pursuant to Rule 12, Fed. R. Civ. P., give notice that Defendants have not answered or otherwise responded to Plaintiffs' Verified Complaint for Preliminary and Permanent Injunctive Relief, Declaratory Relief, and Damages (ECF 1). Pursuant to the affidavits of service filed at ECF 15 and 16, Defendants were served with the Complaint on July 17, 2018, making their respective responses to the Complaint due August 7, 2018.

Respectfully submitted,

| | |
|---|---|
| Ryan P. McLane (Mass. 697464) | /s/ Roger K. Gannam |
| MCLANE & MCLANE | Mathew D. Staver (Fla. 701092)[†] |
| 975A Springfield Street | Horatio G. Mihet (Fla. 26581)[†] |
| PO Box 105 | Roger K. Gannam (Fla. 240450)[†] |
| Feeding Hills, MA 01030 | LIBERTY COUNSEL |
| 413-789-7771 | P.O. Box 540774 |
| ryan@mclanelaw.com | Orlando, FL 32854-0774 |
| | 407-875-1776 |
| | court@lc.org |
| | hmihet@lc.org |
| | rgannam@lc.org |

Attorneys for Plaintiffs
[†]Admitted to appear *pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on this August 13, 2018. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Roger K. Gannam
Attorney for Plaintiffs

1