UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| HAROLD SHURTLEFF, and CAMP CONSTITUTION, a public charitable trust, | CIVIL ACTION |
| | No. 1:18-cv-11417-DJC |
| Plaintiffs, | |
| v. | |
| CITY OF BOSTON, and GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department, | |
| Defendants. | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, HAROLD SHURTLEFF, and CAMP CONSTITUTION, a public charitable trust, hereby appeal to the United States Court of Appeals for the First Circuit from the District Court's Memorandum and Order entered in this action on August 29, 2018 (ECF 19).

Respectfully submitted,

Ryan P. McLane (Mass. 697464)
MCLANE & MCLANE
975A Springfield Street
PO Box 105
Feeding Hills, MA 01030
413-789-7771
ryan@mclanelaw.com

/s/ Roger K. Gannam
Mathew D. Staver (Fla. 701092)[†]
Horatio G. Mihet (Fla. 26581)[†]
Roger K. Gannam (Fla. 240450)[†]
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854-0774
407-875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org

*Attorneys for Plaintiffs*
[†]Admitted to appear *pro hac vice*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on this September 17, 2018. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Roger K. Gannam<br>
Attorney for Plaintiffs