**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| HAROLD SHURTLEFF et al.,<br>Plaintiffs<br><br>v.<br><br>CITY OF BOSTON et al.,<br>Defendants. | **CIVIL ACTION NO. 18-CV-11417-DJC** |
|---|---|

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants City of Boston ("City") and Gregory T. Rooney, in his official capacity as the Commissioner of the City of Boston Property Management Department ("Commissioner") (collectively, "Defendants") respectfully move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) on Plaintiffs' claims of: (1) violation of rights to Freedom of Speech, Freedom of Assembly and Equal Protection under the First and Fourteenth Amendments to the United States Constitution and Articles 1, 3 and 16 of the Massachusetts Declaration of Rights, and (2) violation of the Establishment Clause under the First Amendment to the United States Constitution and Articles 2 and 3 of the Massachusetts Declaration of Rights.

As reasons in support of this Motion, Defendants respectfully refer the Court to their Memorandum of Law filed herewith.

WHEREFORE, Defendants respectfully request that their motion for judgment on the pleadings be allowed.

Dated: November 29, 2018

Respectfully submitted,

DEFENDANTS CITY OF BOSTON and GREGORY T. ROONEY, in his official capacity as COMMISSIONER OF THE BOSTON PROPERTY MANAGEMENT DEPARTMENT,

Eugene L. O'Flaherty
Corporation Counsel

By their attorneys:

/s/ Robert Arcangeli
Robert Arcangeli (BBO# 689034)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4044
robert.arcangeli@boston.gov

/s/ Catherine Lizotte
Catherine Lizotte (BBO# 666468)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-3215
catherine.lizotte@boston.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2018, I served a true copy of the above document upon the attorneys of record for the parties through the Court's CM/ECF system and that paper copies will be sent to any parties identified as non-registered participants.

Date: November 29, 2018

/s/ Robert S. Arcangeli
Robert S. Arcangeli

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that on November 29, 2018, counsel for Defendants conferred with Plaintiffs' counsel in accordance with Local Rule 7.1(a)(2) in connection with this motion, but counsel were unable to resolve these issues.

Date: November 29, 2018

/s/ Robert S. Arcangeli
Robert S. Arcangeli