# United States Court of Appeals
## For the First Circuit

No. 18-1898

HAROLD SHURTLEFF, and CAMP CONSTITUTION,
a public charitable trust,

Plaintiffs, Appellants,

v.

CITY OF BOSTON, and GREGORY T. ROONEY, in his official
capacity as Commissioner of the City of Boston
Property Management Division,

Defendants, Appellees.

**JUDGMENT**

Entered: June 27, 2019

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of the request for a preliminary injunction and its judgment are affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Mathew D. Staver
Horatio Gabriel Mihet
Roger K. Gannam
Daniel Joseph Schmid
Robert S. Arcangeli
Daniel Ortner
Deborah La Fetra
John Allen Eidsmoe
Richard Brian Katskee
Jeffrey Ivan Pasek