# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | | |
|---|---|---|
| HAROLD SHURTLEFF, and CAMP CONSTITUTION, a public charitable trust, | : | CIVIL ACTION |
| | : | |
| | : | No. 1:18-cv-11417-DJC |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF BOSTON, and GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department, | : | **ORAL ARGUMENT REQUESTED** |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Ryan P. McLane (Mass. 697464)
MCLANE & MCLANE
975A Springfield Street
PO Box 105
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com

Mathew D. Staver (Fla. 701092)[†]
Horatio G. Mihet (Fla. 26581)[†]
Roger K. Gannam (Fla. 240450)[†]
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854-0774
407-875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org

Attorneys for Plaintiffs
[†]Admitted to appear *pro hac vice*

Plaintiffs, HAROLD SHURTLEFF, and CAMP CONSTITUTION, a public charitable trust, pursuant to Rule 56, Fed. R. Civ. P., and Local Rule 7.1, and on the grounds stated in the Memorandum in Support of Plaintiffs' Motion for Summary Judgment filed contemporaneously herewith, move the Court to enter summary judgment for Plaintiffs and against Defendants, on each of Plaintiffs' claims, on the ground that there is no genuine dispute as to any material fact and Plaintiffs are entitled to judgment as a matter of law.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs request that the Court grant oral argument on this motion because Plaintiffs believe oral argument will aid the Court in determining the issues presented herein.

| | |
|---|---|
| | /s/ Roger K. Gannam |
| Ryan P. McLane (Mass. 697464) | Mathew D. Staver (Fla. 701092)[†] |
| MCLANE & MCLANE | Horatio G. Mihet (Fla. 26581)[†] |
| 975A Springfield Street | Roger K. Gannam (Fla. 240450)[†] |
| PO Box 105 | LIBERTY COUNSEL |
| Feeding Hills, MA 01030 | P.O. Box 540774 |
| 413-789-7771 | Orlando, FL 32854-0774 |
| ryan@mclanelaw.com | 407-875-1776 |
| | court@lc.org |
| | hmihet@lc.org |
| | rgannam@lc.org |
| | |
| | *Attorneys for Plaintiffs* |
| | [†]Admitted to appear *pro hac vice* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on this July 8, 2019. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Roger K. Gannam
*Attorney for Plaintiffs*