# United States Court of Appeals
## For the First Circuit

No. 18-1898

HAROLD SHURTLEFF; CAMP CONSTITUTION, a public charitable trust

Plaintiffs - Appellants

v.

CITY OF BOSTON; GREGORY T. ROONEY, in his official capacity
as Commissioner of the City of Boston Property Management Department

Defendants - Appellees

**MANDATE**

Entered: August 19, 2019

In accordance with the judgment of June 27, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert S. Arcangeli
John Allen Eidsmoe
Roger K. Gannam
Richard Brian Katskee
Deborah La Fetra
Horatio Gabriel Mihet
Daniel Ortner
Jeffrey Ivan Pasek
Daniel Joseph Schmid
Mathew D. Staver