UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HAROLD SHURTLEFF, ET AL**
    Plaintiff(s)

v.                                        CIVIL ACTION NO. **18-11417-DJC**

**CITY OF BOSTON, ET AL**
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court.** In accordance with the Memorandum and Order dated February 4, 2020;.

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendants.

Robert M. Farrell, Clerk

Dated: February 4, 2020                            /s/ Lisa M. Hourihan
                                                                   ( By ) Deputy Clerk