# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### BOSTON DIVISION

| | | |
|---|---|---|
| HAROLD SHURTLEFF, and CAMP CONSTITUTION, a public charitable trust, | : | CIVIL ACTION |
| | : | |
| | : | No. 1:18-cv-11417-DJC |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF BOSTON, and GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, HAROLD SHURTLEFF, and CAMP CONSTITUTION, a public charitable trust, hereby appeal to the United States Court of Appeals for the First Circuit from the District Court's Memorandum and Order (ECF 70) and Judgment (ECF 71) entered in this action on February 4, 2020.

Respectfully submitted,

Ryan P. McLane (Mass. 697464)
MCLANE & MCLANE
975A Springfield Street
PO Box 105
Feeding Hills, MA 01030
413-789-7771
ryan@mclanelaw.com

/s/ Roger K. Gannam
Mathew D. Staver (Fla. 701092)[†]
Horatio G. Mihet (Fla. 26581)[†]
Roger K. Gannam (Fla. 240450)[†]
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854-0774
407-875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org

*Attorneys for Plaintiffs*
[†]Admitted to appear *pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on this February 4, 2020. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Roger K. Gannam
Attorney for Plaintiffs