**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: Shurtleff et al v. City of Boston et al

District Court Number: 18cv11417-DJC

---

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

---

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No _X_ | Sealed documents | Yes ____ No _X_ |
| If yes, document # | | If yes, document # | |
| *Ex parte* documents | Yes ____ No _X_ | Transcripts | Yes _X_ No ____ |
| If yes, document # | | If yes, document # | 35 |

---

Notice of Appeal filed by: Plaintiff/Petitioner _X_ Defendant/Respondent ____ Other: ____

Appeal from:

#70 Memorandum and Order, #71 Judgment

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#70, #71, and #72

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 72 filed on February 4, 2020.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 5, 2020.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**