# United States Court of Appeals
## For the First Circuit

No. 20-1158

HAROLD SHURTLEFF and CAMP CONSTITUTION, a public charitable trust,

Plaintiffs, Appellants,

v.

CITY OF BOSTON and GREGORY T. ROONEY, in his Official Capacity as Commissioner of the City of Boston Property Management Division,

Defendants, Appellees.

**JUDGMENT**

Entered: January 22, 2021

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:  Mathew D. Staver, Horatio Gabriel Mihet, Roger K. Gannam, Daniel Joseph Schmid, Robert S. Arcangeli, Steven M. Freeman, Alexander Joseph Luchenitser, David L. Barkey, Richard Brian Katskee, Amy E. Feinman, Cindy Nesbit, Patrick Grubel, Monica Miller