# United States Court of Appeals
## For the First Circuit

No. 20-1158

HAROLD SHURTLEFF; CAMP CONSTITUTION, a public charitable trust

Plaintiffs - Appellants

v.

CITY OF BOSTON; GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department

Defendants - Appellees

**MANDATE**

Entered: February 12, 2021

In accordance with the judgment of January 22, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert S. Arcangeli
David L. Barkey
Amy E. Feinman
Steven M. Freeman
Roger K. Gannam
Patrick Grubel
Richard Brian Katskee
Alexander Joseph Luchenitser
Horatio Gabriel Mihet
Monica Miller
Cindy Nesbit
Daniel Joseph Schmid
Mathew D. Staver