# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 24, 2021

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:  Harold Shurtleff, et al.
            v. City of Boston, Massachusetts, et al.
            No. 20-1800
            (Your No. 20-1158)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on June 21, 2021 and placed on the docket June 24, 2021 as No. 20-1800.

                          Sincerely,

                          **Scott S. Harris**, Clerk

                          by

                          Michael Duggan
                          Case Analyst