# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 30, 2021

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Harold Shurtleff, et al.
v. City of Boston, Massachusetts, et al.
No. 20-1800
(Your No. 20-1158)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

**Scott S. Harris**, Clerk