OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

November 19, 2021

Robert Farrell, Clerk
US District Court of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

  Re: <u>Shurtleff, et al</u> v. <u>City of Boston, et al</u>
    Appeal No. 20-1158
    (Your No. 1:18-cv-11417-DJC)

Dear Clerk Farrell:

 Enclosed please find a copy of a letter from the United States Supreme Court regarding the above referenced case. Please note that while it is dated November 17, 2021, its transmission to us was inadvertently delayed.

 Please transmit the original record in its entirety to the United States Supreme Court as outlined in the enclosed letter.

 Thank you for your cooperation.

            Sincerely,

            Alistair Weida-Kozenko
            Case Manager
            U.S. Court of Appeals
            for the First Circuit
            (617) 748-4664

cc:
Mathew D. Staver
Horatio Gabriel Mihet
Roger K. Gannam
Daniel Joseph Schmid
Robert S. Arcangeli
Steven M. Freeman
Alexander Joseph Luchenitser
David L. Barkey
Richard Brian Katskee
Amy E. Feinman
Cindy Nesbit
Patrick Grubel
Monica Miller