

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**ROBERT M. FARRELL**
CLERK OF COURT

November 19, 2021

Scott S. Harris, Clerk
United States Supreme Court
Office of the Clerk
Washington DC 20543

    Re: **Harold Shurtleff et al v. City of Boston et al**
        USDC No. 18cv11417-DJC
        USCA No. 20-1158
        (Your No. 20-1800)

Dear Clerk Harris:

    I am writing in regard to the above District Court case. On November 19, 2021, this Court received a letter pursuant to Rule 12.7 to certify and transmit immediately the entire District Court record (including transcripts) to your office. All filings within the case are available electronically through PACER.

    If you should have any questions, please do not hesitate to contact me.

                              Sincerely,

                              Matthew A. Paine
                              Appeals Coordinator
                              United States District Court
                              District of Massachusetts
                              (617)-748-9157