# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 2, 2022

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:  Harold Shurtleff, et al.
          v. City of Boston, Massachusetts, et al.
          No. 20-1800
          (Your No. 20-1158)

Dear Clerk:

    The opinion of this Court was announced today in the above stated case. A copy of the opinion is available on the Court's website at www.supremecourt.gov.

    The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

                                        Sincerely,

                                        **Scott S. Harris**, Clerk

                                        by

                                        Laurie Wood
                                        Deputy Clerk
                                        (202) 479-3031