# United States Court of Appeals
## For the First Circuit

_____

No. 20-1158

HAROLD SHURTLEFF; CAMP CONSTITUTION, a public charitable trust,

Plaintiffs - Appellants,

v.

CITY OF BOSTON; GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department,

Defendants - Appellees.

_____

**JUDGMENT**

Entered: June 3, 2022
Pursuant to 1st Cir. R. 27.0(d)

In light of the Supreme Court's decision in Shurtleff v. City of Boston, 142 S. Ct. 1583 (2022), reversing this court's judgment, we hereby vacate the district court's decision and remand the case for further proceedings consistent with the Supreme Court's opinion.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Denise Jefferson Casper
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Mathew D. Staver
Horatio Gabriel Mihet
Roger K. Gannam
Daniel Joseph Schmid
Robert S. Arcangeli
Alexander Joseph Luchenitser
Richard Brian Katskee