# United States Court of Appeals
## For the First Circuit

No. 20-1158

HAROLD SHURTLEFF; CAMP CONSTITUTION, a public charitable trust,

Plaintiffs - Appellants,

v.

CITY OF BOSTON; GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department,

Defendants - Appellees.

Before

Lynch, Selya, and Lipez,
Circuit Judges.

**CORRECTED JUDGMENT**[*]

Entered: June 3, 2022

In light of the Supreme Court's decision in Shurtleff v. City of Boston, 142 S. Ct. 1583 (2022), reversing this court's judgment, we hereby vacate the district court's decision and remand the case for further proceedings consistent with the Supreme Court's opinion.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Denise Jefferson Casper, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Mathew D. Staver, Horatio Gabriel Mihet, Roger K. Gannam, Daniel Joseph Schmid, Robert S. Arcangeli, Alexander Joseph Luchenitser, Richard Brian Katskee

---

[*] Corrected Judgment issued to amend the caption.