# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 3, 2022

Clerk
United States Court of Appeals
  for the First Circuit
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210-3004

      **Re: Harold Shurtleff, et al.
           v. City of Boston, Mass., et al.,
           No. 20-1800 (Your docket No. 20-1158)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                            Sincerely,

                                            SCOTT S. HARRIS, Clerk

                                            By *[signature]*

                                            Hervé Bocage
                                            Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 3, 2022

Mr. Matthew D. Staver, Esq.
Liberty Counsel
P. O. Box 540774
Orlando, Florida 32854

Mr. Douglas Hallward-Driemeier, Esq.
Ropes & Gray, LLP
2099 Pennsylvania Avenue, N. W.
Washington, D. C. 20006-6807

     **Re: Harold Shurtleff, et al.
         v. City of Boston, Mass., et al.,
         No. 20-1800**

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the First Circuit.

    The petitioners are given recovery of costs in this Court as follows:

        **Clerk's costs:**        **$300.00**

    This amount may be recovered from the respondents.

                                                   Sincerely,

                                                   SCOTT S. HARRIS, Clerk

                                                   By
                                                   Herve' Bocage
                                                   Judgments/Mandates Clerk

cc: All counsel of record
     Clerk, USCA 1st Cir.
         (Your docket No. 20-1158)

# Supreme Court of the United States

No. 20-1800

**HAROLD SHURTLEFF, ET AL.,**

                                        Petitioners

v.

**CITY OF BOSTON, MASSACHUSETTS, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the First Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the First Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners Harold Shurtleff, et al. recover from the City of Boston, Massachusetts, et al., Three Hundred Dollars ($300.00) for costs herein expended.

                                        May 2, 2022

**Clerk's costs:**        $300.00

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States