# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| HAROLD SHURTLEFF, and CAMP CONSTITUTION, a public charitable trust, | : CIVIL ACTION : : No. 1:18-cv-11417-DJC |
| Plaintiffs, | : |
| v. | : |
| CITY OF BOSTON, and GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department, | : : : : |
| Defendants. | : |

## JOINT MOTION FOR ENTRY OF
## CONSENT FINAL ORDER AND JUDGMENT

Plaintiffs, HAROLD SHURTLEFF and CAMP CONSTITUTION, and Defendants, CITY OF BOSTON and GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department, pursuant to Local Rules 7.1 and 68.2 and the Court's Order of June 29, 2022 (Doc. 89), jointly move the Court for entry of the attached form of proposed Consent Final Order and Judgment Issuing Permanent Injunctive Relief, Addressing Attorney's Fees and Costs, and Dismissing Action. The parties state as follows in support of this motion:

1. In the Court's Order of June 29, 2022 (Doc. 89), the Court directed the parties to file a joint statement regarding what action the Court should take pursuant to the remand from the First Circuit Court of Appeals (Docs. 86, 88) for further proceedings consistent with the United States Supreme Court's opinion in *Shurtleff v. City of Boston*, 142 S. Ct. 1583 (2022).

2. After conferring, the parties agree that the Court should enter the attached form of proposed Consent Final Order and Judgment Issuing Permanent Injunctive Relief, Addressing Attorney's Fees and Costs, and Dismissing Action to facilitate the final disposition of the case.

3. The proposed order and judgment includes a provision for Plaintiffs' filing a bill of costs and motion for attorney's fees and nontaxable expenses within 60 days after entry of the order if the parties are unsuccessful in negotiating a settlement of those amounts. The parties request the 60-day timeframe to allow adequate time for their negotiation of the fee and cost amounts and for Plaintiffs to prepare and file an appropriately detailed and supported fee motion if negotiations are unsuccessful, and to accommodate the previously scheduled summer travel plans of the parties' counsel.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| /s/ Roger K. Gannam<br>Mathew D. Staver (Fla. 701092)[†]<br>Horatio G. Mihet (Fla. 26581)[†]<br>Roger K. Gannam (Fla. 240450)[†]<br>LIBERTY COUNSEL<br>P.O. Box 540774<br>Orlando, FL 32854-0774<br>(407) 875-1776<br>court@lc.org<br>hmihet@lc.org<br>rgannam@lc.org<br>[†]Admitted to appear *pro hac vice*<br><br>Ryan P. McLane (Mass. 697464)<br>MCLANE & MCLANE<br>269 South Westfield Street<br>PO Box 105<br>Feeding Hills, MA 01030<br>(413) 789-7771<br>ryan@mclanelaw.com<br><br>*Attorneys for Plaintiffs* | Adam N. Cederbaum<br>Corporation Counsel<br><br>By their attorney:<br><br>/s/ Robert Arcangeli<br>Robert Arcangeli (BBO# 689034)<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4044<br>robert.arcangeli@boston.gov<br><br>*Attorney for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this July18, 2022, I caused the foregoing to be electronically filed through the Court's ECF system. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Roger K. Gannam  
*Attorney for Plaintiffs*