# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | | |
|---|---|---|
| HAROLD SHURTLEFF, and CAMP CONSTITUTION, a public charitable trust, | : | CIVIL ACTION |
| | : | |
| | : | No. 1:18-cv-11417-DJC |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF BOSTON, and GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, HAROLD SHURTLEFF and CAMP CONSTITUTION, and Defendants, CITY OF BOSTON and GREGORY T. ROONEY, in his official capacity as Commissioner of the City of Boston Property Management Department, hereby jointly advise the Court that they have agreed to settle Plaintiffs' claim for attorney's fees and costs in this matter for the sum of $2,125,000.00, with payment to be effectuated within thirty days of the date of this Notice. The parties agree and jointly request that the Court may either (a) further hold this matter in abeyance until such time the parties confirm receipt and clearance of the settlement sum, or (b) administratively close this matter now, but retain jurisdiction in the unlikely event that the Court's assistance may be needed with enforcement of the parties' agreement.

Respectfully submitted,

| *Attorneys for Plaintiffs* | *Attorney for Defendants* |
|---|---|
| /s/ Horatio G. Mihet | Adam N. Cederbaum |
| Mathew D. Staver (Fla. 701092)[†] | Corporation Counsel |
| Horatio G. Mihet (Fla. 26581)[†] | |
| Roger K. Gannam (Fla. 240450)[†] | By their attorney: |
| LIBERTY COUNSEL | |
| P.O. Box 540774 | /s/ Robert Arcangeli |
| Orlando, FL 32854-0774 | Robert Arcangeli (BBO# 689034) |
| (407) 875-1776 | Assistant Corporation Counsel |
| court@lc.org | City of Boston Law Department |
| hmihet@lc.org | City Hall, Room 615 |
| rgannam@lc.org | Boston, MA 02201 |
| [†]Admitted to appear *pro hac vice* | (617) 635-4044 |
| | robert.arcangeli@boston.gov |
| Ryan P. McLane (Mass. 697464) | |
| MCLANE & MCLANE | |
| 269 South Westfield Street | |
| PO Box 105 | |
| Feeding Hills, MA 01030 | |
| (413) 789-7771 | |
| ryan@mclanelaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on this November 8, 2022, I caused the foregoing to be electronically filed through the Court's ECF system. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Horatio G. Mihet
*Attorney for Plaintiffs*